UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES THOMAS                                                    CIVIL ACTION

VERSUS                                                          NUMBER: 12-2818

N. BURL CAIN, WARDEN                                            SECTION: "B"(1)

### ORDER, REASONS AND JUDGMENT

Based upon our reviews of the state court proceedings, petitioner's claims, the Magistrate Judge's Report and Recommendation, petitioner's objections (Record Document Number 15) to same, and applicable law, **IT IS ORDERED** that petitioner' objections are **OVERRULED** and we hereby **ADOPT** the Magistrate Judge's Report and Recommendation (Record Document Number 14) as our opinion and reasons in this case.

Accordingly, **IT IS FURTHERED ORDERED AND ADJUDGED** that the petition of James Thomas for a writ of *habeas corpus* is hereby **DENIED** and **DISMISSED**.

New Orleans, Louisiana, this 30th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE